UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| PEGGY M. RANALLO, | Civil No. 11-3709 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| GGNSC ST. PAUL LAKE RIDGE LLC, *et al.*, | |
| Defendants. | |

Joel Smith, Kara Rahimi, and Mark Kosieradzki, **KOSIERADZKI SMITH LAW FIRM, LLC**, 3675 Plymouth Boulevard, Suite 105, Plymouth, MN 55446, for plaintiff.

Alana Bassin, Molly Given, and Shane Bohnen, **BOWMAN & BROOKE LLP**, 150 South Fifth Street, Suite 3000, Minneapolis, MN 55402, for defendants.

The Court having been advised that the above action has settled,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for forty-five days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

DATED: June 7, 2012
at Minneapolis, Minnesota.

                                                        s/John R. Tunheim
                                                        JOHN R. TUNHEIM
                                            United States District Judge